**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chris Cinkaj                                    CHAPTER 13
                Debtor(s)

BKY. NO. 25-14631 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of GS Mortgage-Backed Securities Trust 2020-RPL2 and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Matthew Fissel
                              Matthew Fissel
                              18 Nov 2025, 15:53:44, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322