**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chris Cinkaj　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 25-14631 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of GS Mortgage-Backed Securities Trust 2020-RPL2 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　18 Nov 2025, 15:53:44, EST

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322

Document ID: 2dbc98dd352ab13ebca08c00c5f4dbd7baa32cf86d29f74421322602dc1df91d