IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: CHRIS CINKAJ : Chapter 13
:
Debtor : Case No: 25-14631

---

ORDER GRANTING DEBTOR AN ADDITIONAL FOURTEEN (14)
DAYS TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

---

AND NOW, THIS __1st__ DAY OF __Dec.__ 2025 upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until Dec. 12, 2025 to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

BY THE COURT:

_____ J.
United States Bankruptcy Judge