**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Chris Cinkaj | : | |
| Debtor | : | |
| | : | Bankruptcy No. 25-14631-amc |

**MOTION FOR CONTINUATION OF AUTOMATIC STAY IN CASE FILED AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING**

The Debtor, Chris Cinkaj, by his attorney, John M. Kenney, Esquire, hereby moves this Court, pursuant to §362(c)(3)(B), for an order continuing the automatic stay provided under §362(a) as to all creditors. In support of this motion, the Debtor states as follows:

1. The Debtor filed a petition under Chapter 13 as referenced on November 14, 2025.

2. The Debtor had previously filed a Chapter 13 case on February 14, 2025 which was later dismissed on July 1, 2025 due to the debtor being unable to make timely payments on his Chapter 13 Plan because of health issues and significant disability.

3. The Debtor has agreed to sell his home which is the subject of the mortgage foreclosure action and filing of the current bankruptcy.

4. The petition filing in this case has been filed in good faith. Debtor believes that the sale will be in the best interests of all concerned.

WHEREFORE, the Debtor requests that this Court continue the automatic stay under §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under §362(d).

Respectfully submitted,

Dated:  November 14, 2025

/s/ John M. Kenney
JOHN M. KENNEY, ESQUIRE
Attorney for Debtor
308 N. Oxford Valley Road
Fairless Hills, PA  19030
215-547-3031