IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Chris Cinkaj | : | Case No. 25-14631-amc |
| _____ | : | Chapter 13 |
| Chris Cinkaj | : | |
|              Movant | : | |
|     vs. | : | |
| | : | |
| Kenneth E. West | : | Hearing Date: December 9, 2025 |
|              Trustee | : | Hearing Time:..11:00 a.m. |
| | : | |
| | : | |
| | : | US Bankruptcy Court |
| | : | Robert Nix Building |
| | : | 900 Market Street, Suite 400 |
| | : | Philadelphia, PA  19107 |
| | : | Courtroom #4 |

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtor, Chris Cinkaj, hereby certifies that as of this 3rd day of December, 2025, there has been no response or answer regarding the Motion To Extend the Automatic Stay dated and served November 14, 2025.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Ashely M. Chan as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: December 4, 2025                              s/ John M. Kenney_____
                                                    **John M. Kenney, Esquire**
                                                    308 N. Oxford Valley Road
                                                    Fairless Hills, PA  19030
                                                    (215)547-3031