IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Chris Cinkaj                                  :   CASE NO 25-14631 AMC
                                                       :
                          Debtor                       :   Chapter 13
_____                :
                                                       :
GS Mortgage-Backed Securities Trust 2020-RPL2          :
                          Movant                       :
             v.                                        :
Chris Cinkaj                                            :
                          Debtor                        :
             and                                       :
Kenneth E. West                                        :
                          Trustee                       :

**RESPONSE OF DEBTOR TO**
**MOTION OF GS MORTGAGE-BACKED SECURITIES TRUST 2020-RPL2**
**FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**

Debtor, Chris Cinkaj, by his attorney John M. Kenney hereby responds to the Motion of GS Mortgage-Backed Securities Trust 2020-RPL2 for Relief from the Automatic Stay, and responds accordingly as follows:

1. Admitted.

2. Admitted.

3. Admitted in part, denied in part. It is admitted that the Movant is the holder of a mortgage in the original amount of $359,650.00 on the premises. The Debtor can neither admit nor deny the remaining allegations contained in paragraph 3 and Movant is left to its proofs in court if deemed relevant.

4. Admitted.

5. Admitted

6. Denied.  It is denied that the Debtor has failed to make the monthly payments for the alleged period.

7. Denied.  It is denied that the Movant is entitled to additional fees as alleged.

8. Denied.  It is denied that the amount necessary to reinstate the loan post-petition is the amount alleged in paragraph 8.

9. Denied.  It is denied that Movant is entitled to relief from stay for cause.

10. Denied.  The Debtor can neither admit nor deny the allegations contained in paragraph 10 and Movant is left to its proofs in court if deemed relevant.

11. Denied.

**WHEREFORE,** Debtor, Chris Cinkaj, hereby prays this court would deny and dismiss the Motion of GS Mortgage-Backed Securities Trust 2020-RPL2 for Relief from the automatic stay.

Date:   March 4, 2026

/s/ John M. Kenney
JOHN M. KENNEY, ESQUIRE
Attorney for Debtor
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215) 547-3031