United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14631-amc

Chris Cinkaj                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                        Page 1 of 2

Date Rcvd: May 19, 2026                  Form ID: pdf900                            Total Noticed: 9

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chris Cinkaj, 827 Hulmeville Road, Langhorne, PA 19047-2756 |
| sp | + | Tyler Wilk, Esquire, Wilk Law Firm, 1650 Market Street, Ste 3600 # 3692, Phila, PA 19103-7334 |
| 15074137 | + | GS Mortgage-Backed Securities Trust, c/o Matthew Fissel, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15072327 | + | GS Mortgage-Backed Securities Trust, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 20 2026 02:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15096284 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2026 02:20:00 | GS Mortgage-Backed Securities Trust 2020-RPL2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15083344 + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2026 02:20:00 | Pa Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15073436 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2026 02:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083345 + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 20 2026 02:20:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: May 19, 2026                      Form ID: pdf900                                Total Noticed: 9

Date: May 21, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOHN M. KENNEY | on behalf of Debtor Chris Cinkaj jken330@comcast.net  Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor GS Mortgage-Backed Securities Trust 2020-RPL2 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
CHRIS CINKAJ

Bankruptcy No. 25-14631-AMC

Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 19, 2026**

_____

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge